Fill in this information to identify the case:

Debtor 1    Ladwan J. Guillory

Debtor 2    Keenya J. Guillory
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Louisiana
(State)

Case number 17-21134

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Federal National Mortgage Association     Court claim no. (if known): 13

Last 4 digits of any number you use to identify the debtor's account:  1  4  0  0

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | Proof of Claim Filed 02/16/2018 - $650.00<br>Objection to Plan Filed 02/20/2018 - $500.00 | (3) $ 1,150.00 |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 __Ladwan J. Guillory__            Case number (if known) __17-21134__
First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/Foerstner G. Meyer__        Date __05__/__10__/__2018__
Signature

Print: __Foerstner G. Meyer__        Title __Attorney__
First Name  Middle Name  Last Name

Company __Graham, Arceneaux & Allen, LLC__

Address __639 Loyola Avenue, Suite 1800__
Number  Street
__New Orleans__        __LA__   __70113__
City    State   ZIP Code

Contact phone (__504__) __522__ - __8256__        Email __bankruptcy@gra-arc.com__

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

17-21134 - #33 File 05/10/18 Enter 05/10/18 16:58:25 Main Document Pg 2 of 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE: LADWAN J. GUILLORY  CASE # 17-21134
AND KEENYA J. GUILLORY  CHAPTER 13

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been furnished to the following:

Ladwan J. Guillory and Keenya J. Guillory
2131 21st Street
Lake Charles, LA 70601

***The following entities were served by electronic transmission only:

Wade N. Kelly
One Lakeshore Drive, Suite 1800
Lake Charles, LA 70629
wnkellylaw@yahoo.com

Keith A. Rodriguez
P.O. Box 3445
Lafayette, LA 70502
ecf@keithrodriguez.com

Office of U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
USTPRegion05.SH.ECF@usdoj.gov

This certificate dated May 10, 2018, New Orleans, Louisiana.

/s/Foerstner G. Meyer
Louis Graham Arceneaux (#25334)
Stacy C. Wheat (#19826)
Fred J. Daigle (#24066)
Foerstner Graham Meyer (#37801)
Attorneys for Mover
639 Loyola Ave., Suite 1800
New Orleans, LA. 70113
(504) 522-8256
bankruptcy@gra-arc.com